**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                      CASE NO. 6:06-CR-207-ORL-19KRS

DUNG QUOC NGUYEN

_____

ORDER

   This case having been considered by the Court on Report and Recommendation

Concerning Plea of Guilty (Doc. No. 192, filed February 27, 2007) and no objection thereto

having been filed, it is **ORDERED:**

   1.  The Report and Recommendation of the United States Magistrate Judge (Doc.

No. 192) is **ACCEPTED, AFFIRMED AND ADOPTED.**

   2.  Defendant Dung Quoc Nguyen has entered a plea of guilty to Count One of

the Indictment knowingly, intelligently and voluntarily.  Such plea is accepted, and

Defendant is adjudicated guilty of Count One of the Indictment.

   **DONE AND ORDERED** at Orlando, Florida, this ___2d____ day of March, 2007.

_____

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant

Courtroom Deputy